UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA BLACK, ASHLEY PLATT,
AND SHAWN DANIELSON,
    *Plaintiffs*,

v.

NEW ENGLAND COMPUTER SERVICES,
INC. AND CHRIS ANATRA,
    *Defendants*.

No. 3:18-cv-02101 (JAM)

# JURY VERDICT FORM

We, the jury, unanimously find:

## LIABILITY

**Count 1 - Federal Equal Pay Act.** Have the plaintiffs proven their claim of unequal pay under the federal Equal Pay Act:

Patricia Black against New England Computer Services, Inc.?

    Yes __✓__      No _____

Patricia Black against Chris Anatra?

    Yes __✓__      No _____

Ashley Platt against defendant New England Computer Services, Inc.?

    Yes __✓__      No _____

Ashley Platt against Chris Anatra?

    Yes __✓__      No _____

Shawn Danielson against defendant New England Computer Services, Inc.?

    Yes __✓__      No _____

Shawn Danielson against Chris Anatra?

    Yes __✓__      No _____

**Count 2 - State Equal Pay Act.** Have the plaintiffs proven their claim of unequal pay under the state Equal Pay Act:

Patricia Black against New England Computer Services, Inc.?

    Yes __✓__    No _____

Patricia Black against Chris Anatra?

    Yes __✓__    No _____

Ashley Platt against defendant New England Computer Services, Inc.?

    Yes __✓__    No _____

Ashley Platt against Chris Anatra?

    Yes __✓__    No _____

Shawn Danielson against defendant New England Computer Services, Inc.?

    Yes __✓__    No _____

Shawn Danielson against Chris Anatra?

    Yes __✓__    No _____

**Count 3 – Sex/Gender Discrimination / Title VII.** Have the plaintiffs proven their claims of gender discrimination under Title VII of the Civil Rights Act of 1964:

Patricia Black against New England Computer Services, Inc.?

    Yes _____    No __✓__

Ashley Platt against defendant New England Computer Services, Inc.?

    Yes _____    No __✓__

Shawn Danielson against defendant New England Computer Services, Inc.?

    Yes _____    No __✓__

**Count 4 – Sex/Gender Discrimination / Connecticut Fair Employment Practices Act.** Have the plaintiffs proven their claims of gender discrimination under the Connecticut Fair Employment Practices Act:

Patricia Black against New England Computer Services, Inc.?

    Yes _____    No __✓__

Ashley Platt against defendant New England Computer Services, Inc.?

Yes _____   No ___✓___

Shawn Danielson against defendant New England Computer Services, Inc.?

Yes _____   No ___✓___

**Count 5 - Defamation of Patricia Black.** Has plaintiff Patricia Black proven her defamation claim:

Patricia Black against New England Computer Services, Inc.?

Yes _____   No ___✓___

Patricia Black against Chris Anatra?

Yes _____   No ___✓___

**Count 6 - Defamation of Ashley Platt.** Has plaintiff Ashley Platt proven her defamation claim:

Ashley Platt against New England Computer Services, Inc.?

Yes _____   No ___✓___

Ashley Platt against Chris Anatra?

Yes _____   No ___✓___

**Count 7 – Defamation of Shawn Danielson.** Has plaintiff Shawn Danielson proven her defamation claim:

Shawn Danielson against New England Computer Services, Inc.?

Yes _____   No ___✓___

Shawn Danielson against Chris Anatra?

Yes _____   No ___✓___

**Count 8 - Retaliation under the Connecticut Fair Employment Practices Act as to plaintiff Shawn Danielson.** Has plaintiff Shawn Danielson proven her retaliation claim under the Connecticut Fair Practices Act against defendant New England Computer Services, Inc.?

Yes ___✓___   No _____

3

**Count 9 - Retaliation under Title VII as to plaintiff Shawn Danielson.** Has plaintiff Shawn Danielson proven her retaliation claim under Title VII of the Civil Rights Act of 1964 against defendant New England Computer Services, Inc.?

        Yes ✓        No _____

**Count 10 – Retaliation under the federal Equal Pay Act as to plaintiff Shawn Danielson.** Has plaintiff Shawn Danielson proven her retaliation claim under the federal Equal Pay Act:

Shawn Danielson against defendant New England Computer Services, Inc.?

        Yes ✓        No _____

Shawn Danielson against Chris Anatra?

        Yes ✓        No _____

## DAMAGES

**Compensatory Damages / Equal Pay Act (Counts 1 and 2):**

State the amount of damages that you award for violation of the federal Equal Pay Act (Count 1) and violation of the state Equal Pay Act (Count 2):

| | |
|---|---|
| Patricia Black - economic damages | $ 11,192.90 |
| Patricia Black - non-economic damages | $ |
| Ashley Platt - economic damages | $ 19,051.98 |
| Ashley Platt - non-economic damages | $ |
| Shawn Danielson - economic damages | $ 11,090.20 |
| Shawn Danielson – non-economic damages | $ |

*Please note that non-economic damages may be awarded only for violation of the state Equal Pay Act (Count 2); if you have found that the defendants are liable under Count 1 but not under Count 2, then you may award only economic damages corresponding to the differential in compensation between each plaintiff and Chris Londa.*

**Compensatory Damages / Gender Discrimination (Counts 3 and 4):**

State the amount of compensatory damages that you award for any gender discrimination in violation of Title VII of the Civil Rights Act of 1964 and the Connecticut Fair Employment Practices Act:

| | |
|---|---|
| Patricia Black - economic damages | $ _____ |
| Patricia Black - non-economic damages | $ _____ |
| Ashley Platt - economic damages | $ _____ |
| Ashley Platt - non-economic damages | $ _____ |
| Shawn Danielson - economic damages | $ _____ |
| Shawn Danielson – non-economic damages | $ _____ |

**Compensatory Damages / Defamation (Counts 5, 6, and 7):**

State the amount of non-economic damages that you award for defamation:

| | |
|---|---|
| Patricia Black non-economic damages | $ _____ |
| Ashley Platt non-economic damages | $ _____ |
| Shawn Danielson non-economic damages | $ _____ |

**Compensatory Damages / Retaliation (Counts 8, 9, and 10):**

State the amount of compensatory damages that you award for any gender discrimination in violation of the Connecticut Fair Employment Practices Act (Count 8), Title VII of the Civil Rights Act of 1964 (Count 9), and the federal Equal Pay Act (Count 10):

| | |
|---|---|
| Shawn Danielson - economic damages | $ _55,320.02_ |
| Shawn Danielson – non-economic damages | $ _62,000_ |

**Punitive Damages / State Equal Pay Act (Count 2):** If you have concluded that the defendants have acted intentionally or recklessly in disregard of the plaintiffs' rights to equal pay, please state the amount of punitive damages you choose to award in your discretion:

| | |
|---|---|
| Patricia Black | $ _____ |

5

      Ashley Platt      $ _____

      Shawn Danielson  $ _____

**Punitive Damages / Gender Discrimination (Counts 3 and 4):** If you have concluded that the defendants have acted intentionally or recklessly in disregard of the plaintiffs' rights to be free from gender discrimination, state the amount of punitive damages you choose to award in your discretion:

      Patricia Black      $ _____

      Ashley Platt      $ _____

      Shawn Danielson  $ _____

**Punitive Damages / Defamation (Counts 5, 6, and 7):** If you have concluded that the defendants have acted intentionally or recklessly in disregard of the plaintiffs' rights to be free from defamation, state whether in your discretion the Court should enter an award of punitive damages in the amount of each plaintiff's attorneys' fees and costs relating to the litigation of the defamation claims:

  As to plaintiff Patricia Black:    Yes \_\_\_\_    No \_\_\_\_

  As to plaintiff Ashley Platt:     Yes \_\_\_\_    No \_\_\_\_

  As to plaintiff Shawn Danielson  Yes \_\_\_\_    No \_\_\_\_

**Punitive Damages / Retaliation (Counts 8, 9, and 10):** If you have concluded that the defendants have acted intentionally or recklessly in disregard of plaintiff Shawn Danielson's right to be free from retaliation, state the amount of punitive damages you choose to award in your discretion:

      Shawn Danielson  $ **75,000**

<u>**ALL YOUR ANSWERS MUST BE UNANIMOUS.**</u>

Please double check the accuracy and consistency of your answers to the questions above, and then sign and date this verdict form.

_____/s/_____      Jun 18, 2021
      Foreperson                         Date

*Please note that the signature of the Foreperson will be redacted in official court records in order to protect against public disclosure of the Foreperson's name.*