UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA BLACK, SHAWN
DANIELSON, and ASHLEY PLATT
    *Plaintiffs,*

v.                                                   Civil No.  3:18-cv-02101-JAM

NEW ENGLAND COMPUTER SERVICES, INC.
And CHRIS ANATRA
    *Defendants.*

## JUDGMENT

This case came on for consideration by a jury trial before the Honorable Jeffrey A. Meyer, United States District Judge. On June 18, 2021 the jury reached a verdict (Doc. #132) . The verdict found in favor of the plaintiffs Patricia Black, Shawn Danielson and Ashley Platt and awarded Compensatory Damages/Equal Pay Act, economic damages in the total amount of $11,192.90 to Patricia Black; Compensatory/Equal Pay Act, economic damages in the total amount of $19,051.98 to Ashley Platt; and Compensatory/Equal Pay Act, economic damages in the amount of $11,090.20, Compensatory/Retaliation, economic damages in the amount of $55,320.02, Compensatory/Retaliation, non-economic damages in the amount of $62,000.00 and Punitive Damages/Retaliation in the amount of $75,000.00 to Shawn Danielson.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that judgment enter in accordance with the verdict in favor of Plaintiffs Patricia Black, Shawn Danielson and Ashley Platt and against Defendants New England Computer Services, Inc. and Chris Anatra the case is closed.

   Dated at New Haven, Connecticut this 6th day of July 2021.

                                                     ROBIN D. TABORA, Clerk

                                                   By:  /s/ Donna Barry
                                                           Deputy Clerk

EOD:  07/06/2021