UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA BLACK, SHAWN
DANIELSON, and ASHLEY PLATT
    *Plaintiffs,*

v.                                                                             Civil No.  3:18-cv-02101-JAM

NEW ENGLAND COMPUTER SERVICES, INC.
And CHRIS ANATRA
    *Defendants.*

## **AMENDED JUDGMENT**

This case came on for consideration by a jury trial before the Honorable Jeffrey A. Meyer, United States District Judge.  On June 18, 2021 the jury reached a verdict (Doc. #132).  The verdict found in favor of the plaintiffs Patricia Black, Shawn Danielson and Ashley Platt on certain counts and awarded Compensatory Damages/Equal Pay Act, economic damages in the total amount of $11,192.90 to Patricia Black; Compensatory/Equal Pay Act, economic damages in the total amount of $19,051.98 to Ashley Platt; and Compensatory/Equal Pay Act, economic damages in the amount of $11,090.20, Compensatory/Retaliation, economic damages in the amount of $55,320.02, Compensatory/Retaliation, non-economic damages in the amount of $62,000.00 and Punitive Damages/Retaliation in the amount of $75,000.00 to Shawn Danielson. On March 11, Platt accepted a remittitur of her damages to $18,655.60 (Doc. 164).

On March 9, the Court awarded additional remedies of $11,192.90 in liquidated damages and $3.94 in post-judgment interest to Black; $18,655.60 in liquidated damages and $6.39 in post-judgment interest to Platt; and $11,090.20 in liquidated damages, $1,429.04 in prejudgment interest, and $73.56 in post-judgment interest to Danielson. The Court ordered the defendants to offer to reinstate Danielson by March 30, 2022 to her former job at a salary consistent with the Equal Pay Act. And the Court awarded $244,555.63 in fees and $8,470.16 in costs to plaintiffs' counsel (Doc. #163).

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that judgment enter in accordance with the verdict and Court's order (Docs. #132, 163) and the case is closed.

Dated at New Haven, Connecticut this 17th day of March 2022.

DINAH MILTON KINNEY, Clerk

By: /s/ Donna Barry, Deputy Clerk

EOD:  03/17 /22